UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

STEVEN WALKER,

          Plaintiff,

v.

RYAN TRANSPORTATION, INC., a Michigan corporation,

          Defendant.

Case No. 20-cv-11688
Hon. Paul D. Borman

| ERIC STEMPIEN (P58703)<br>STEMPIEN LAW, PLLC<br>Attorneys for Plaintiff<br>38701 Seven Mile Rd., Suite 130<br>Livonia, MI 48152<br>(734)744-7002<br>eric@stempien.com | MARY C. DIRKES (P42723)<br>STEPHEN P. DUNN (P68711)<br>BRANDON J. WILSON (P73042)<br>HOWARD & HOWARD ATTORNEYS, PLLC<br>Attorneys for Defendant<br>450 W. Fourth Street<br>Royal Oak, MI  48067<br>(248) 645-1483<br>mdirkes@howardandhoward.com<br>spd@h2law.com<br>bjw@h2law.com |
|---|---|

**PLAINTIFF/COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIM**

Plaintiff/Counter-Defendant Steven Walker, by and through his attorneys, Stempien Law, PLLC, hereby answers Defendant/Counter-Plaintiff Ryan Transportation, Inc.'s Counterclaim, and in support thereof states:

1. Plaintiff/Counter-Defendant neither admits nor denies the allegations contained in this paragraph of the Counterclaim but leaves Defendant/Counter-Plaintiff to its proofs.

2. Admit.

3. Plaintiff/Counter-Defendant admits that this Court has the authority to assert supplemental jurisdiction over Defendant/Counter-Plaintiff's Counterclaim.

4. Admit.

5. Admit.

6. Plaintiff/Counter-Defendant neither admits nor denies the allegations contained in this paragraph of the Counterclaim but leaves Defendant/Counter-Plaintiff to its proofs.

7. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

8. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

9. Plaintiff/Counter-Defendant neither admits nor denies the allegations contained in this paragraph of the Counterclaim but leaves Defendant/Counter-Plaintiff to its proofs.

10. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

11. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

12. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

13. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

14. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

15. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

## **COUNT I – FRAUDULENT MISREPRESENTATION**

16. Plaintiff/Counter-Defendant hereby incorporates by reference all previous paragraphs of this Answer as if fully set forth herein.

17. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

18. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

19. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

20. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

21. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

22. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

23. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

24. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

25. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

26. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

## **COUNT II – UNJUST ENRICHMENT**

27. Plaintiff/Counter-Defendant hereby incorporates by reference all previous paragraphs of this Complaint as if fully set forth herein.

28. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

29. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

30. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

31. Plaintiff/Counter-Defendant denies the allegations in this paragraph of the Counterclaim because they are untrue.

WHEREFORE, Plaintiff/Counter-Defendant Steven Walker respectfully requests that this Honorable Court enter a judgment of no cause of action as to Defendant/Counter-Plaintiff's Counterclaim and/or enter an order of dismissal as to Defendant/Counter-Plaintiff's Counterclaim, dismissing the Counterclaim in its entirety with prejudice, and award Plaintiff/Counter-Defendant actual costs and attorney fees for having to defend this frivolous Counterclaim.

STEMPIEN LAW, PLLC

*/s/ Eric Stempien*
By: Eric Stempien (P58703)
Attorney for Plaintiff

Dated: September 1, 2020

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

STEVEN WALKER,

          Plaintiff,

v.

RYAN TRANSPORTATION, INC., a Michigan corporation,

          Defendant.

Case No. 20-cv-11688
Hon. Paul D. Borman

_____/

| ERIC STEMPIEN (P58703)<br>STEMPIEN LAW, PLLC<br>Attorneys for Plaintiff<br>38701 Seven Mile Rd., Suite 130<br>Livonia, MI 48152<br>(734)744-7002<br>eric@stempien.com | MARY C. DIRKES (P42723)<br>STEPHEN P. DUNN (P68711)<br>BRANDON J. WILSON (P73042)<br>HOWARD & HOWARD ATTORNEYS, PLLC<br>Attorneys for Defendant<br>450 W. Fourth Street<br>Royal Oak, MI  48067<br>(248) 645-1483<br>mdirkes@howardandhoward.com<br>spd@h2law.com<br>bjw@h2law.com |
|---|---|

_____/

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 1, 2020, I did serve the foregoing pleading with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

                                                        /s/ Shawn L. Barrows
                                                        Shawn L. Barrows, Legal Assistant
                                                        38701 Seven Mile Road, Suite 130
                                                        Livonia, MI  48152
                                                        (734) 744-7002

Dated:  September 1, 2020                shawn@stempien.com